October 31, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

PEI YUNG LEE AND MEI-KUNG LEE, Appellants

NO. 14-13-00145-CV                    V.

CHIEH-JU HSLAO, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 23, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Pei Yung Lee and Mei-Kung Lee, jointly and severally.

We further order this decision certified below for observance.